CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Defendant

UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY ANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 5:26-CV-00487-SVK<br><br>**STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER AS MODIFIED**<br><br>Honorable Susan van Keulen<br>United States Magistrate Judge |

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND
CONTINUING THE CASE MANAGEMENT CONFERENCE
5:26-CV-00487-SVK

1

Plaintiff, Nancy Anders ("Plaintiff"), and Defendant, United States of America ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1. On January 16, 2026, Plaintiff filed her Complaint for Damages against Defendant, the United States Postal Service, Amelia Inocencio, and other unspecified parties. *See* Dkt. No. 1.

2. Plaintiff served Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3. Plaintiff's action arises out of injuries that she sustained after an automobile accident that occurred on or around June 2, 2023 in the City of Santa Clara.

4. Plaintiff demanded a jury trial in her Complaint.

5. Plaintiff's action arises under the Federal Tort Claims Act.

6. Under the Federal Tort Claims Act, the United States of America is the only proper defendant.

7. Under the Federal Tort Claims Act, Plaintiff is not entitled to a jury trial.

8. On March 23, 2026, counsel for Plaintiff and Defendant conferred about the issues set forth above.

9. Plaintiff agreed to amend her Complaint to comply with the Federal Tort Claims Act.

10. Plaintiff agreed to file a first amended complaint by April 24, 2026.

11. To avoid a motion to dismiss, Plaintiff and Defendant agreed that Defendant would file a response to Plaintiff's First Amended Complaint by May 25, 2026.

12. Based on the proposed deadlines set forth above and the availability of counsel, Plaintiff and Defendant propose that the Case Management Conference be continued until June 23, 2026, at 9:30 a.m. in the morning.

13. The parties have not previously modified or extended any deadlines. There have been no other time modifications in this case.

14. Pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-2(a), the parties stipulate that the following deadlines are adopted such that the following new deadlines apply:

    A. **April 24, 2026:** Plaintiff shall file a first amended complaint complying with the Federal Tort Claims Act.

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
5:26-CV-00487-SVK

B.    **May 25, 2026:** Defendant shall file a response to Plaintiff's first amended complaint including, but not limited to, any motion to dismiss.

C.    **June 16, 2026:** Plaintiff and Defendant shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California.

D.    **June 23, 2026:** Initial Case Management Conference at 9:30 a.m. in by Zoom.

15.    The requested time modification should not have a significant effect on the schedule for the case. The case does not have a case management schedule or case management order. The requested time modification would continue the initial case management conference by approximately 60 days while avoiding motion practice and a motion to dismiss.

16.    In so stipulating, Defendant expressly reserves all arguments and defenses pertaining to responding to Plaintiffs' First Amended Complaint.

SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: March 26, 2026          By:    */s/ Douglas Johns*
                                      DOUGLAS JOHNS
                                      Assistant United States Attorney
                                      Attorney for Defendant

Dated: March 26, 2026          NEEDHAM KEMPER & FISH LLP

                               By:    */s/ Anne Kemper*
                                      ANNE J. KEMPER
                                      Attorneys for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 26, 2026          By:    */s/ Douglas Johns*
                                      DOUGLAS JOHNS

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
5:26-CV-00487-SVK

## DECLARATION OF DOUGLAS JOHNS

I, Douglas Johns, declare as follows:

1.  I am an Assistant United States Attorney and represent Defendant, United States of America ("Defendant"), in the above-captioned matter. I am a member in good standing of the State Bar of California and the Bar of this Court. I am making this declaration under Rule 6-2 of the "Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California" in support of the parties' "Stipulated Joint Request for an Order Allowing Plaintiff to Amend Her Complaint and Continuing the Case Management Conference." The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.  Plaintiff, Nancy Anders, filed an action against, among other parties, Defendant arising out of personal injuries that she sustained in an automobile accident in the City of Santa Clara.

3.  Plaintiff's action arises under the Federal Tort Claims Act.

4.  After I received and reviewed the complaint, I conferred with Plaintiff's counsel, and we discussed that the United States of America is the only proper defendant in an action arising under the Federal Tort Claims Act and that there is no right to a jury trial under the Federal Tort Claims Act. To avoid a motion to dismiss, we agreed that Plaintiff would amend her complaint.

5.  There have not been any other time modifications in the case.

6.  The schedule of the case should not be significantly affected by the requested time modification. The case does not have a case management schedule, and the Court has not issued a case management order. The requested time modification would continue the initial case management conference by approximately 60 days while avoiding motion practice and a motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 26th day of March, 2026, in San Jose, California.

/s/ Douglas Johns
DOUGLAS JOHNS
Assistant United States Attorney

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
5:26-CV-00487-SVK

4

# [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, ~~IT IS SO~~ **ORDERED**~~:~~ THAT:

Plaintiff shall file a first amended complaint complying with the Federal Tort Claims Act by April 24, 2026.

Defendant shall file a response to Plaintiffs' first amended complaint by May 25, 2026.

Plaintiffs and Defendant shall file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California by ~~June 16, 2026.~~ July 7, 2026.

The Initial Case Management Conference is set for ~~June 23~~ July 14, 2026, at 9:30 a.m. by Zoom.

~~[In addition, the Court makes the further orders stated below:]~~

IT IS **SO ORDERED.**

DATED: March 27, 2026

_____
HONORABLE SUSAN van KEULEN
United States Magistrate Judge

STIPULATED JOINT REQUEST FOR AN ORDER ALLOWING PLAINTIFF TO AMEND HER COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE
5:26-CV-00487-SVK

5